# EXHIBIT "1"

Case 3:06-cv-00260-MHT-WC    Document 1-2    Filed 03/20/2006    Page 1 of 13

STATE OF ALABAMA            )

RUSSELL COUNTY              )


    The undersigned Clerk of the Circuit Court does hereby certify that the foregoing instruments are true and correct copies of the original file as it appears of record and on file in this office in Phenix City, Alabama.

    Witness my hand and the seal of the Circuit Court of Russell County, Alabama, this the 6th day of March, 2006.

                                            _Kathy Coulter_ /s/
                                            Clerk of the Circuit Court
                                            Russell County, Alabama



```
AVSO300                    ALABAMA  JUDICIAL  DATA  CENTER
                                RUSSELL      COUNTY
                                      SUMMONS
                                                              CV 2006 000059.00
                                                              ALBERT L. JOHNSON

                    IN THE CIRCUIT   COURT  OF  RUSSELL           COUNTY
  B GARY DAY    VS   WALTER EDWARD FRENCH III   ET AL
        SERVE ON: (D001)

                                              PLAINTIFF`S ATTORNEY
    FRENCH WALTER EDWARD III                  MARTIN JAMES L
    1814 ELMWOOD DRIVE                        P O BOX 14
    COLUMBUS        ,GA  31906-3553           EUFAULA         ,AL  36072-0000

  TO THE ABOVE N...
    THE COMPLAINT...
    TAKE IMMEDIATE...
    REQUIRED TO MA...
    ADMITTING OR D...
    ATTORNEY(S) SH...

    THIS ANSWER M...
    AND COMPLAINT...
    ENTERED AGAINS...                                                    MONS
    YOU MUST ALSO...                                                    LAINT.

  ( )  TO ANY S...
       4.2(B)(2...
       YOU ARE...
       COMPLAIN...

  (√)  THIS SER...
       WRITTEN...                                                        THE
       OF THE A...                                                       (C)

  DATE: 02/17/2...                                                       510


  RETURN ON SERVICE:

  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

  DATE _____          _____
                                     SERVER SIGNATURE
  SERVER ADDRESS _____          _____
                                     TYPE OF PROCESS SERVER

OPERATOR: ANL
PREPARED: 02/17/2006
```

Certified Mail Receipt (overlay):
- CLERK OF CIRCUIT COURT, RUSSELL COUNTY, P. O. BOX 518, PHENIX CITY, AL. 36868-0518
- 4. Restricted Delivery? (Extra Fee) ☒ Yes
- 3. Service Type: CERTIFIED
- 2. Article Number: 7111 1670 0710 0000 1285
- A. Received By: E. French
- B. Signature: X [signature]
- C. Date of Delivery: 23 Feb '06
- 1. Article Addressed To: WALTER EDWARD FRENCH, III, 1814 ELMWOOD DRIVE, COLUMBUS, GA. 31906-3553
- D-1
- CV-06-59

"SCANNED"

...



```
AVSO300                 ALABAMA JUDICIAL DATA CENTER
                            RUSSELL    COUNTY
                                SUMMONS
                                                    CV 2006 000059.00
                                                    ALBERT L. JOHNSON

            IN THE CIRCUIT   COURT OF RUSSELL        COUNTY
 B GARY DAY   VS  WALTER EDWARD FRENCH III  ET AL
      SERVE ON: (D002)

                                        PLAINTIFF`S ATTORNEY
   FRENCH CHRISTOPHER B
   8 BRIDGECREEK COURT                  MARTIN JAMES L
                                        P O BOX 14
   COLUMBUS         ,GA  31904-0000
                                        EUFAULA         ,AL  36072-0000

 TO THE ABOVE NAMED DEFENDANT:

  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
 TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
 REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
 ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
 ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
 AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
 ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
 YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

 ( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

 (✓)   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

 DATE: 02/17/2006
                              CLERK: KATHY COULTER      BY: ____
                                     PO BOX 518
                                     PHENIX CITY  AL  36868-0510
                                     (334)298-0516

   RETURN ON SERVICE:

 ( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

 ( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

 DATE _____        SERVER SIGNATURE _____

 SERVER ADDRESS _____        TYPE OF PROCESS SERVER _____

 OPERATOR: ANL
 PREPARED: 02/17/2006
```

```
AVSO300                    ALABAMA JUDICIAL DATA CENTER
                                 RUSSELL     COUNTY
                                        SUMMONS
                                                          CV 2006 000059.00
                                                          ALBERT L. JOHNSON
-------------------------------------------------------------------------
|            IN THE CIRCUIT    COURT OF  RUSSELL     COUNTY             |
| B GARY DAY   VS  WALTER EDWARD FRENCH III   ET AL                     |
|    SERVE ON: (D003)                                                   |
|                                            PLAINTIFF`S ATTORNEY       |
|    FLORY JOHN                              MARTIN JAMES L             |
|    2500 AVERETT DRIVE                      P O BOX 14                 |
|    COLUMBUS         ,GA  31906-0000        EUFAULA       ,AL 36072-0000|
-------------------------------------------------------------------------
|  TO THE ABOVE                                                         |
|  THE COMPLAI                                                          |
|  TAKE IMMEDIA                                                         |
|  REQUIRED TO                                                    U MUST|
|  ADMITTING O                                                     RE   |
|  ATTORNEY(S)                                                     FFS  |
|  THIS ANSWE                                                           |
|  AND COMPLAI                                                     UMMONS|
|  ENTERED AGA                                                          |
|  YOU MUST AL                                                     MPLAINT.|
|-----------------                                                      |
|  ( )  TO AN                                                           |
|       4.2(B                                                     (2) OR|
|       YOU A                                                      :    |
|       COMPL                                                      HE   |
|  (X)  THIS                                                            |
|       WRITT                                                      PON THE|
|       OF TH                                                      .1(C)|
|                                                                       |
|  DATE: 02/1                                                  BY:      |
|                                                                  3-0510|
-------------------------------------------------------------------------
|  RETURN ON SERVICE:                                                   |
|                                                                       |
|  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____  |
|       (RETURN RECEIPT HERETO ATTACHED)                                |
|                                                                       |
|  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND |
|       COMPLAINT TO _____                     |
|       IN _____ COUNTY, ALABAMA ON (DATE) _____  |
|                                                                       |
|  _____       _____     |
|  DATE                               SERVER SIGNATURE                  |
|                                                                       |
|  _____       _____     |
|  SERVER ADDRESS                     TYPE OF PROCESS SERVER            |
-------------------------------------------------------------------------
OPERATOR: ANL
PREPARED: 02/17/2006
```

Overlay - Certified Mail Return Receipt:
- CLERK OF CIRCUIT COURT, RUSSELL COUNTY, P. O. BOX 518, PHENIX CITY, AL. 36868-0518
- 4. Restricted Delivery? (Extra Fee) ☑ Yes
- 3. Service Type: CERTIFIED
- 2. Article Number: 7111 1670 0710 0000 1292
- A. Received By: (signature) K Flory
- B. Signature: X (signature) ☐ Addressee or ☐ Agent
- C. Date of Delivery: 2/23/06
- 1. Article Addressed To: JOHN FLORY, 2500 AVERETT DRIVE, COLUMBUS, GA. 31906
- D-3
- CV-06-59

"SCANNED"

```
AVSO300                  ALABAMA JUDICIAL DATA CENTER
                              RUSSELL COUNTY
                                  SUMMONS
                                                            CV 2006 000059.00
                                                            ALBERT L. JOHNSON
|-----------------------------------------------------------------------------|
|              IN THE CIRCUIT COURT OF RUSSELL COUNTY                         |
| B GARY DAY   VS  WALTER EDWARD FRENCH III   ET AL                           |
|    SERVE ON: (D004)                                                         |
|                                                                             |
|                                              PLAINTIFF'S ATTORNEY           |
|    SHORT JEROME                              MARTIN JAMES L                 |
|    3007 COLORADE STREET                      P O BOX 14                     |
|    COLUMBUS      ,GA  31906-3318             EUFAULA      ,AL  36072-0000   |
|-----------------------------------------------------------------------------|
  TO THE ABOV...
  THE COMPL...
  TAKE IMMED...
  REQUIRED T...                                                   YOU MUST
  ADMITTING ...                                                   ARE
  ATTORNEY(S...                                                   IFFS

  THIS ANSW...
  AND COMPL...                                                    SUMMONS
  ENTERED AG...                                                   BE
  YOU MUST A...                                                   COMPLAINT.
                                                                  N.
  ( )  TO A...
       4.2 (...                                                   B)(2) OR
       YOU ...                                                    RE:
       COMP...                                                    THE
  (X)  THIS ...
       WRIT...                                                    UPON THE
       OF T...                                                    4.1(C)
  DATE: 02/...
                                                                  BY: ___
                                                  CV06-59         68-0510
|-----------------------------------------------------------------------------|
    RETURN ON SERVICE:
  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

  DATE _____       _____
                                       SERVER SIGNATURE
  SERVER ADDRESS                       _____
  _____       TYPE OF PROCESS SERVER
|-----------------------------------------------------------------------------|
OPERATOR: ANL
PREPARED: 02/17/2006
```

Certified mail receipt overlay:

- CLERK OF CIRCUIT COURT, RUSSELL COUNTY, P. O. BOX 518, PHENIX CITY, AL. 36868-0518
- 3. Service Type: CERTIFIED
- 4. Restricted Delivery? Yes (checked)
- 2. Article Number: 7111 1670 0710 0000 1308
- 1. Article Addressed To: JEROME SHORT, 3007 COLORADO STREET, COLUMBUS, GA. 31906
- A. Received By: Celia Short
- B. Signature: X Celia Short
- C. Date of Delivery: 2/24/06
- D-4

"SCANNED"

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| B. GARY DAY | * |
| Plaintiff, | * |
| v. | * Civil Action No. 2006-*CV*-59 |
| WALTER EDWARD FRENCH, III, CHRISTOPHER B. FRENCH, JOHN FLORY, and JEROME SHORT, | * |
| Defendants. | * |

## COMPLAINT

### COUNT ONE

1. On or about the 21st day of February, 2004, the defendants damaged the Plaintiff's land in Russell County, Alabama by setting fire to it. Said land is described as follows:

TRACT ONE: All that part of the South Half of Section 4, Township 14 North, Range 31 East, Russell County, Alabama, lying West of the Chattahoochee River and containing 151 acres, more or less.

TRACT TWO: The East Half of the Southeast Quarter of section 5, Township 14 North, Range 31

[FILED IN OFFICE 2006 FEB 16 AM 11:11 CIRCUIT/DIST. COURT RUSSELL CO., AL]

"SCANNED"

East, Russell County, Alabama, containing 80 acres, more or less.

TRACT THREE: A parcel of land containing 19 acres, more or less, in the Northwest Quarter of Section 9, Township 14 North, Range 31 East, Russell County, Alabama, being more particularly described as follows: BEGIN at the Northwest corner of said section 9 and run South 5 chains; thence run East 37.50 chains to the Chattahoochee River 5 chains to the Section line; thence run West along said Section line 37.50 chains to the POINT OF BEGINNING.

TRACT FOUR: A parcel of land containing 5.75 acres, more or less, lying in the East part of the Southwest Quarter of Section 5, Township 14 North, Range 31 East, Russell County, Alabama and being more particularly described as follows: BEGIN at the Northeast corner of the Southwest Quarter of the Southeast Quarter of said Section 5, and run thence West 5.65 chains to the right of way line of McLendon Rd; thence run South 27 degrees East along said road 5.36 chains; thence run South 44 degrees West 1.69 chains to a china tree marked for the corner; thence run South 18 degrees East 15 chains to the Southeast corner of the Southwest Quarter of the Southeast Quarter of Section 5; thence run North 20 chains to the POINT OF BEGINNING.

The above land aggregating 255.25 acres, more or less.

LESS AND EXCEPT: The portion of the above described property containing 24.10 acres, more or less, conveyed to the United States of America warranty deed dated May 10, 1961, and recorded in Deed book 335 at page 336.

Subject to easements and restrictions of record.

Said act(s) of setting fire to Plaintiff's land was done negligently, intentionally, maliciously and wantonly.

As a proximate result of said acts, the Plaintiff has been damaged, to wit:

A) Plaintiff purchased said land for a commercial hunting preserve and now will lose revenue for at least two (2) years due to destruction of sage fields, prime habitat for quail and wild hogs. Plaintiff financed $117,945.00 of the purchase price of said land and owes 5 annual installments of $35,589 plus 4% interest due in February of each year, beginning February, 2005. The money for said payment was to be derived from use of the land as a commercial hunting preserve, i.e., quail and wild hogs.

Plaintiff also claims punitive damages for the intentional, wanton, reckless acts of the Defendants.

Wherefore, the plaintiff demands judgment against the Defendants for compensatory and punitive damages.

## COUNT TWO

1. Plaintiff adopts and realleges the allegations set out in Count One, af if set out here in full.

2. On or about February 21, 2004, Defendants intentionally and/or recklessly caused Plaintiff to suffer emotional distress by setting fire to Plaintiff's land that he had purchased to use as a commercial hunting preserve.

3. Defendants' said actions toward the Plaintiff were so outrageous in character, and so extreme in degree as to go beyond all possible bounds of decency, and are atrocious and utterly intolerable in a civilized society.

4. The emotional distress that Defendants caused Plaintiff to suffer was so severe that no reasonable person could be expected to endure it.

5. Plaintiff has been damaged as set out above.

6. The Plaintiff claims punitive damages of the Defendants.

Wherefore, the plaintiff demands judgment against the Defendants for compensatory and punitive damages.

## COUNT THREE

1. Plaintiff re-alleges and adopts the allegations set out above as if set out here in full.

2. On or about February 21, 2004, the defendants trespassed on Plaintiff's land, described above, and caused damage to it by burning it.

3. Plaintiff has been damaged as set out above.

Wherefore, the plaintiff demands judgment against the Defendants for compensatory and punitive damages.

## COUNT FOUR

1. Plaintiff re-alleges and adopts the allegations set out above as if set out here in full.

2. Defendants conspired to commit the unlawful, intentional, malicious and outrageous acts on Plaintiff's land.

3. Plaintiff has been damaged as set out above.

Wherefore, the plaintiff demands judgment against the Defendants for compensatory and punitive damages.

JAMES L. MARTIN, P.C.

BY: /s/ James L. Martin
  James L. Martin (MAR-031)
  P.O. Box 14
  Eufaula, Alabama  36072-0014
  (334) 687-2766

SMITH & SMITH, P.C.

BY: _____
  Sydney S. Smith
  1503 Broad Street
  Phenix City, AL 36867