# EXHIBIT "5"

Case 3:06-cv-00260-MHT-WC    Document 1-6    Filed 03/20/2006    Page 1 of 3

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| B. GARY DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: CV-06-59 |
| | ) |
| WALTER EDWARD FRENCH, III; | ) |
| CHRISTOPHER B. FRENCH; JOHN | ) |
| FLORY; JEROME SHORT, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:

Honorable Kathy S. Coulter
Circuit Clerk
Russell County Courthouse
P.O. Box 518
501 14th Street
Phenix City, AL  36868-0518

Please take notice that the Defendant John Flory has on this date filed its Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A", in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, at Montgomery, Alabama.

Dated this the 20th day of March, 2006.

_____
ROGER S. MORROW, MOR032

_____
JOEL H. PEARSON, PEA019
Attorneys for Defendant, John Flory

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 20th day of March, 2006.

Hon. James L. Martin          Hon. Sydney S. Smith
P.O. Box 14                   1503 Broad Street
Eufaula, Alabama 36072-0014   Phenix City, Alabama 36867

_____
Of Counsel