IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B. GARY DAY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   3:06 CV-260VPM |
| | * |
| WALTER EDWARD FRENCH, III, | * |
| CHRISTOPHER B. FRENCH, et al., | * |
| | * |
| Defendants. | * |

ENTRY OF APPEARANCE
AND JOINDER IN NOTICE OF REMOVAL

COMES NOW Herman Cobb and Leon A. Boyd, V of Cobb, Shealy, Crum & Derrick, P.A., on behalf of the Defendants, Walter E. French, III and Christopher B. French in the above styled action and files this as their Entry of Appearance and further consent and join in the removal of the above-entitled cause from the Circuit Court of Russell County, Alabama to the United States District Court for the Middle District of Alabama.

Dated this the 27th day of March, 2006.

ATTORNEYS FOR DEFENDANTS:

_____/s/ Leon A. Boyd, V_____
HERMAN COBB (COB004)
LEON A. BOYD, V (BOY035)

OF COUNSEL:
COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302
334-677-3000
334-677-0030 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by either electronic service or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 27th day of March, 2006.

James L. Martin, Esq.
PO Box 14
Eufaula, Alabama 36072-0014

Sydney S. Smith, Esq.
1503 Broad Street
Phenix City, Alabama 36867

Joel H. Pearson, Esq.
PO Box 4804
Montgomery, Alabama 36103-4804

Kenneth L. Funderburk
PO Box 1268
Phenix City, Alabama 36868

                                                /s/ Leon A. Boyd, V
                                              OF COUNSEL