**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

March 30, 2006

## NOTICE OF REASSIGNMENT

RE:   B. Gary Day v. Walter Edward French, III et al
      Civil Action No. 3:06cv00260-VPM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 3:06cv00260-MHT. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk