```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


B. GARY DAY,                      )
                                  )
     Plaintiff,                   )
                                  )         CIVIL ACTION NO.
     v.                           )         3:06cv260-MHT
                                  )
WALTER EDWARD FRENCH, III,        )
et al.,                           )
                                  )
     Defendants.                  )
```

## ORDER

It is ORDERED that the motion to withdraw (doc. no. 8) is granted.

DONE, this the 5th day of April, 2006.

                      /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**