IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| B. GARY DAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 3:06 CV-260-MHT |
| | * | |
| WALTER EDWARD FRENCH, III, | * | |
| CHRISTOPHER B. FRENCH, et al., | * | |
| | * | |
| Defendants. | * | |

NOTICE OF APPEARANCE

COMES NOW Herman Cobb, Leon A. Boyd, V and the law firm Cobb, Shealy, Crum & Derrick, P.A., and enter their appearance on behalf of the Defendant, Jerome Short in the above styled action.

Dated this the 11th day of May, 2006.

ATTORNEYS FOR DEFENDANTS:

_____/s/ Leon A. Boyd, V_____
HERMAN COBB (COB004)
LEON A. BOYD, V (BOY035)

OF COUNSEL:
COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302
334-677-3000
334-677-0030 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document upon the following by either electronic service or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 11th day of May, 2006.

James L. Martin, Esq.
PO Box 14
Eufaula, Alabama 36072-0014

Joel H. Pearson, Esq.
PO Box 4804
Montgomery, Alabama 36103-4804

Kenneth L. Funderburk
PO Box 1268
Phenix City, Alabama 36868

                                          /s/ Leon A. Boyd, V
                                          OF COUNSEL