IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B. GARY DAY,                                    )<br>                                                        )<br>  PLAINTIFF                                )<br>                                                        )<br>v.                                                      )<br>                                                        )<br>WALTER EDWARD FRENCH, III;    )<br>CHRISTOPHER B. FRENCH; JOHN )<br>FLORY; AND JEROME SHORT,      )<br>                                                        )<br>  DEFENDANT                            ) | CASE NO. **3:06CV260-VPM**<br><br>JURY TRIAL DEMANDED |

### MOTION TO WITHDRAW

COMES NOW the undersigned, Kenneth L. Funderburk, and moves to withdraw as Counsel for the Defendant, Jerome Short. In support thereof the undersigned states that his services are no longer needed in conjunction with this matter.

This 15th day of May, 2006.

                FUNDERBURK, DAY & LANE

                BY:   s/Kenneth L. Funderburk
                         Counsel for Defendant, Jerome Short
                         Post Office Box 1268
                         Phenix City, Alabama 36868-1268
                         (334)-297-2900
                         ASB-8636-D61K
                         FUN002

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the other counsel of record.

                         s/Kenneth L. Funderburk
                         Counsel for Defendant, Jerome Short