IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B. GARY DAY,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )      3:06cv260-MHT
                                )
WALTER EDWARD FRENCH, III,      )
et al.,                         )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion to withdraw (doc. no. 15) is granted.

DONE, this the 17th day of May, 2006.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE