IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B. GARY DAY,                    )
                                )
     Plaintiff,                 )
                                )
                                )     CIVIL ACTION NO.
     v.                         )     3:06cv260-MHT
                                )
WALTER EDWARD FRENCH, III,      )
et al.,                         )
                                )
     Defendants.                )
```

### ORDER

It is ORDERED that the defendants' motion for entry of stay and protective order on discovery (Doc. No. 17) is set for on-the-record oral argument on May 31, 2006, at 9:00 a.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

It is further ORDERED that plaintiff is to file a response to the motion by May 26, 2006.

DONE, this the 23rd day of May, 2006.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**