IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B. GARY DAY,                   )
                               )
     Plaintiff,                )
                               )           CIVIL ACTION NO.
     v.                        )           3:06cv260-MHT
                               )
WALTER EDWARD FRENCH, III,     )
et al.,                        )
                               )
     Defendants.               )
```

ORDER

Pursuant to the joint stipulation (Doc. No. 19), it is ORDERED as follows:

(1) Defendants' motion for entry of stay and protective order on discovery (Doc. No. 17) is granted.

(2) The uniform scheduling order (Doc. No. 13) is vacated.

(3) This cause is stayed in all respects until further ordered.

(4) On the first Monday of July and the first Monday of January until ordered otherwise, the parties are to

file a <u>joint</u> report (i) on the status of the criminal proceedings and (ii) indicating whether the stay should continue in effect.

It is further ORDERED that the oral argument set for May 31, 2006, is canceled.

The clerk of the court is DIRECTED to close this case administratively.

DONE, this the 30th day of May, 2006.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**