```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


B. GARY DAY,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )      3:06cv260-MHT
                                )
WALTER EDWARD FRENCH, III,      )
et al.,                         )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED as follows:

(1) The joint motion to lift stay and motion for entry of Rule 26 order (doc. no. 22) are granted.

(2) The stay entered on May 30, 2006 (doc. no. 20) is dissolved.

(3) Pursuant to the order entered on April 3, 2006 (doc. no. 7), the parties are to file a new Rule 26(f) report by no later than January 5, 2007.

**The clerk of the court is DIRECTED to reopen this case.**

**DONE, this the 21st day of December, 2006.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**