IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| B. GARY DAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 3:06 CV-260MHT |
| | * | |
| WALTER EDWARD FRENCH, III, | * | |
| CHRISTOPHER B. FRENCH, et al., | * | |
| | * | |
| Defendants. | * | |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, B. Gary Day, and Defendants, Walter Edward French, III, Christopher B. French, Jerome Short and John Flory, by and through their respective attorneys of record, and stipulate and agree that the above-styled action be dismissed with prejudice to the bringing of another action and that each party shall bear their own costs of court.

This the 28th day of June, 2007.

ATTORNEYS FOR DEFENDANTS –
WALTER EDWARD FRENCH, CHRISTOPHER
B. FRENCH and JEROME SHORT:

_____
HERMAN COBB (COB004)
LEON A. BOYD, V (BOY035)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
Post Office Box 2047
Dothan, Alabama 36302
334-677-1000
334-699-3500 (fax)

ATTORNEYS FOR DEFENDANT –
JOHN FLORY:

_____
ROGER S. MORROW (MOR032)
JOEL H. PEARSON (PEA019)

OF COUNSEL:
MORROW, ROMINE, & PEARSON, P.C.
Post Office Box 4804
Montgomery, Alabama 36103
334-262-7707
334-262-7742 (fax)

ATTORNEYS FOR PLAINTIFF –
B. GARY DAY:

_____
JAMES L. MARTIN (MAR031)

OF COUNSEL:
JAMES L. MARTIN, P.C.
Post Office Box 14
Eufaula, Alabama 36072-0014
334-687-2766
334-687-3574 (fax)