IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B. GARY DAY, | * |
| Plaintiff, | * |
| vs. | *   3:06 CV-260MHT |
| WALTER EDWARD FRENCH, III, CHRISTOPHER B. FRENCH, et al., | * |
| Defendants. | * |

### ORDER OF DISMISSAL

Upon consideration and agreement of the parties, the above styled action is hereby dismissed with prejudice and each party shall bear their own costs of court.

DONE this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc: Bo Boyd
    Joel Pearson
    Jim Martin