IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| B. GARY DAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:06cv260-MHT |
| | ) | (WO) |
| WALTER EDWARD FRENCH, III, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

The court having been informed that this cause is now settled, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 45 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 45 days, a motion to have the dismissal set aside and the case reinstated or the

settlement   enforced,   should   the   settlement   not   be
consummated.

    The  clerk  of  the  court  is  DIRECTED  to  enter  this
document  on  the  civil  docket  as  a  final  judgment  pursuant
to  Rule  58  of  the  Federal  Rules  of  Civil  Procedure.

    DONE,  this  the  9th  day  of  July,  2007.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE